# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA GUERRERO,<br><br>    Plaintiff,<br><br>vs.<br><br>PFS INVESTMENTS, INC., a Georgia Corporation; Does 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: CV 14-7303 JAK (AGRx)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE  JS-6<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)]<br><br>Complaint Filed: August 15, 2014 |

**Error! Unknown document property name.**

1 | Pursuant to the notice filed by Plaintiff Yolanda Guerrero [Dkt. No. 28] under
2 | Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court ORDERS that the entire
3 | action is hereby dismissed without prejudice.

5 | IT IS SO ORDERED.

7 | Dated: May 21, 2015           _____
8 |                               HON. JOHN A. KRONSTADT
                                  United States District Judge

-1-

**Error! Unknown document property name.**